FILED: 10/30/2023 4:41 PM
Anne Reed, District Clerk
Orange County, Texas
Envelope No. 81122447
Reviewed By: Justin Rhodes

**CAUSE NO: 230356-C**

| | | |
|---|---|---|
| LILLIAN HARRIS<br>*Plaintiff,* | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| VS. | §<br>§ | ORANGE COUNTY, TEXAS |
| AMERIGAS PROPANE, L. P. AND<br>VAQUERO SILSBEE PARTNERS, LP<br>D/B/A AMERIGAS PROPANE, L. P.<br>*Defendants.* | §<br>§<br>§<br>§ | 163rd JUDICIAL DISTRICT |

**PLAINTIFF'S ORIGINAL PETITION AND RULE 193.7 NOTICE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, LILLIAN HARRIS, hereinafter styled Plaintiff, complaining of AMERIGAS PROPANE, L. P. AND VAQUERO SILSBEE PARTNERS, LP D/B/A AMERIGAS PROPANE, L. P., hereinafter styled Defendants, and for cause of action against said Defendants would respectfully show the Court as follows:

I.

Plaintiff designates that discovery in this cause of action shall be governed by Rule 190 of the Texas Rules of Civil Procedure, Level Two (2).

II.

Pursuant to Rule 47, Plaintiff LILLIAN HARRIS seeks monetary relief in an amount over $250,000 but not more than $1,000,000.

III.

Plaintiff currently resides in Port Arthur, Jefferson County, Texas. Pursuant to CPRC §30.014, the last three digits of Plaintiff LILLIAN HARRIS' social security number are 812.

IV.

Defendant, AMERIGAS PROPANE L. P., is a corporation, company, partnership, proprietorship or some such business entity. That said Defendant does business in the state of Texas and from time to time within the jurisdiction of this Honorable Court; that said Defendant may be served with process by serving its registered agent for service, Prentice Hall Corporation System, 211 E. 7th Street, Suite 620, Austin, Texas 78701, or wherever he may be found.

**SERVICE IS REQUESTED AT THIS TIME.**

Defendant, VAQUERO SILSBEE PARTNERS, LP D/B/A AMERIGAS PROPANE, L. P., is a corporation, company, partnership, proprietorship or some such business entity. That said Defendant does business in the state of Texas and from time to time within the jurisdiction of this Honorable Court; that said Defendant may be served with process by serving its registered agent for service, William A. Landreth, III, 2627 Tillar Street, Suite 111, Fort Worth, Texas 76107, or wherever he may be found.

**SERVICE IS REQUESTED AT THIS TIME.**

Plaintiff invokes Rule 28 of the Texas Rules of Civil Procedure, as appropriate.

V.

On or about November 26, 2021, in Bridge City, Orange County, Texas, Plaintiff LILLIAN HARRIS was a customer on the outside of Walmart, occupying a motorized scooter, when an unknown driver within the course and scope of his employment with Defendant, AMERIGAS PROPANE, L. P. and/or Defendant, VAQUERO SILSBEE PARTNERS, LP D/B/A AMERIGAS PROPANE, L. P., hooked onto the basket of the scooter with his truck. The scooter jerked back and forth several times, striking the truck before the scooter dislodged from the truck owned by

defendant(s). In spite of the fact Plaintiff's sister tried to stop the truck, her attempts were unsuccessful. This negligent incident resulted in the injuries and damages complained of herein.

VI.

The occurrence made the basis of this suit, referred to above, and the resulting injuries and damages, were proximately caused by the negligent conduct of the Defendant in one or more of the following respects:

(a) In failing to train its employees to maintain control of his vehicle as persons of ordinary prudence would have kept under the same or similar circumstances;

(b) In failing to train its employees to keep such lookout as persons of ordinary prudence would have kept under the same or similar circumstances;

(c) In failing to know and observe safety regulations as required by the Federal Motor Carrier Regulations, 49 C.P.R. Section 392.1.

Each of these acts and omissions, singularly or in combination with others, constituted negligence which proximately caused the occurrence made the basis of this action and Plaintiff's injuries and damages.

VII.

As a direct and proximate result of the negligence and carelessness of the Defendants, Plaintiff, LILLIAN HARRIS has suffered with severe neck, shoulder, and left arm pain, with swelling, restricted range of motion, and soreness to the body in general. That because of such injuries she has suffered the following:

A. Reasonable and necessary medical expense – past

B. Reasonable and necessary medical expense – future

C. Loss of earnings and earning capacity – past

D. Loss of earning capacity – future

E. Physical impairment – past

F. Physical impairment - future

G. Physical pain – past

H. Physical pain – future

I. Mental anguish – past

J. Mental anguish – future

Each of these acts or omissions, singularly or in combination with others, constituted negligence which proximately caused the occurrence made the basis of this action and Plaintiff's injuries and damages.

VIII.

Pursuant to Texas Rule of Civil Procedure 194(a), each Defendant is required to disclose, within thirty (30) days of the first answer, the information or material described in Rule 194.2(b) 1-12. Any Defendant that is served or otherwise joined after the filing of the first answer must make their initial disclosures within thirty (30) days after being served or joined.

IX.

Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives actual notice to Defendants that any and all documents produced by Defendants may be used against Defendants at any pretrial proceeding and/or at the trial of this matter without the necessity of authenticating the documents.

X.

Plaintiff says if in the event there were pre-existing conditions in the body prior to this

incident that such conditions were painless and symptom-free, but because of the injuries suffered in this collision such conditions were lighted up, aggravated and precipitated.

WHEREFORE, premises considered, Plaintiff prays that the Defendants be cited to appear and answer herein; that upon a trial of this cause that Plaintiff has and recovers of and from the Defendants' judgment for the damages as may be deemed just and fair by the Court, that she has such judgment, together with all legal interest, including pre-judgment interest, costs of suit and for such other relief to which Plaintiff may be justly entitled.

Respectfully submitted,

*/s/JONATHAN C. JUHAN*
JONATHAN C. JUHAN
SBN: 11047225
jonathanjuhan@sbcglobal.net
TRACY L. HENDERSON
SBN: 24103115
tracy.juhanlaw@gmail.com
985 I-10 North, Suite 100
Beaumont, Texas 77706
409/832-8877 - Telephone
409/924-8880 – Facsimile

ATTORNEYS FOR PLAINTIFF

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nita Walden on behalf of Jonathan Juhan
Bar No. 11047225
nwalden.juhanlaw@ymail.com
Envelope ID: 81122447
Filing Code Description: Petition
Filing Description: PLAINTIFF'S ORIGINAL PETITION
Status as of 10/30/2023 4:50 PM CST

Associated Case Party: LILLIANHARRIS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nita Walden | | nwalden.juhanlaw@ymail.com | 10/30/2023 4:41:36 PM | SENT |
| Jonathan C. Juhan | | jonathanjuhan@sbcglobal.net | 10/30/2023 4:41:36 PM | SENT |
| Tracy L. Henderson | | tracy.juhanlaw@gmail.com | 10/30/2023 4:41:36 PM | SENT |