**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| LILLIAN HARRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:23-CV-420 |
| | § | |
| AMERIGAS PROPANE, L.P., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the court's Memorandum and Order (#19) signed on January 15, 2025,

Defendant AmeriGas Propane, L.P.'s Motion for Summary Judgment (#13) is GRANTED.

Accordingly, the court dismisses all claims against AmeriGas with prejudice.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 23rd day of January, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE